## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CARMEN WOODS, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) Case No.: 2:14-cv-02104<br>SANTANDER CONSUMER USA, INC., )<br>)<br>Defendant. )<br>)<br>)<br>_____ )<br>NORMA WILLIAMS, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) Case No.: 2:15-cv-0919<br>SANTANDER CONSUMER USA, INC., )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | |

### UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION AND JOINDER OF ARGUMENTS

On November 13, 2015, Defendant filed a Notice of Constitutional Challenge pursuant to Federal Rule of Civil Procedure 5.1(a) in *Woods v. Santander*, No. 2:14-cv-02104. *See* ECF No. 87. In that Notice, Defendant stated that it "has drawn into question the constitutionality of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 . . . , the regulations promulgated pursuant to the TCPA, *see* 47 C.F.R. § 1200, and the orders of the Federal Communications Commission interpreting the TCPA." *Id.* at 1–2. On December 23, the United States acknowledged the constitutional question and sought an extension of time in which to intervene. *See* ECF No. 92. The United States then filed a notice of intervention and a brief in support of the TCPA's constitutionality on February 26. *See* ECF Nos. 95, 96. The Court

certified the constitutional question on June 3, 2016. *See* ECF No. 103.

On June 1, 2015, Plaintiffs Norma Williams *et al.* filed a second lawsuit against Defendant pursuant to the TCPA. *Williams v. Santander*, No. 2:15-cv-919-MHH (N.D. Ala.), ECF No. 1. On October 19, 2015, that case was associated with *Woods*. *See* Minute Entry of October 19, 2015. Expressly incorporating the constitutional arguments it previously raised in *Woods*, Defendant subsequently moved for judgment on the pleadings in *Williams*. *See* ECF No. 50. Defendant filed a notice of constitutional question pursuant to Rule 5.1(a) the same day. *See* ECF No. 51. In opposing the motion, the *Williams* Plaintiffs adopted its prior arguments from *Woods*. *See* ECF No. 55.

As in *Woods*, the United States is authorized to intervene to defend the constitutionality of the TCPA. 28 U.S.C. § 2403(a). Because the constitutional arguments are identical to those previously addressed in *Woods*, the United States hereby provides notice of intervention and expressly incorporates the arguments it advanced in *Woods* in defense of the constitutionality of the TCPA. *See* ECF No. 96 (*Woods* docket). Defendant's motion for judgment on the pleadings should be denied.

DATED: August 16, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOYCE WHITE VANCE
U.S. Attorney

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

　/s/ Bailey W. Heaps
BAILEY W. HEAPS (CA Bar No. 295870)
Aimee Woodward Brown
Trial Attorneys
U.S. Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Bailey.W.Heaps@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Acknowledgement and Motion was filed electronically through the Northern District of Alabama Electronic Filing System. Notice of this filing will be sent by operation of the court's Electronic Filing System to all registered users in this case.

*/s/ Bailey W. Heaps*
BAILEY W. HEAPS