# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NORMA WILLIAMS, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.:  2:15-cv-919-MHH |
| } | |
| **SANTANDER CONSUMER USA, INC.,** } | |
| } | |
| **Defendant.** } | |

## MEMORANDUM OPINION AND ORDER

The plaintiffs in this action allege that defendant Santander Consumer USA violated the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A)(iii), by using an automatic telephone dialing system to call the plaintiffs' cell phones without the plaintiffs' prior express consent.  (Doc. 1, ¶¶ 31–51; *see* Doc. 50, p. 4).  Santander argues that the TCPA, as amended by the Bipartisan Budget Act of 2015, violates the First Amendment.  (Doc. 50, p. 4; Doc. 26, pp. 4–5; *see also* Doc. 86, pp. 4–5 in Case No. 2:14-cv-2104-MHH).  Therefore, Santander argues, because the TCPA is invalid, the Court should enter judgment on the pleadings in its favor pursuant to Federal Rule of Civil Procedure 12(c).  (Doc. 50, p. 4).

1

On October 19, 2015, the Court consolidated this action and Case No. 2:14-cv-2104-MHH, *Carmen Woods, et al. v. Santander Consumer USA, Inc., et al.* (Doc. 20). According to Santander, "there are no material differences between how the TCPA claims are pleaded in the *Carmen Woods* matter and how the TCPA claims are pleaded in [*sic*] *Norma Williams* matter." (Doc. 50, ¶ 8). Thus, "instead of submitting new memoranda of law, [Santander] joins and incorporates [in its motion for judgment on the pleadings] the arguments raised in [its motion to dismiss the plaintiffs' fourth amended complaint in Case No. 2:14-cv-2104]." (Docs. 50, 86).

The Court **ADOPTS** the reasoning and conclusions of its memorandum opinion denying Santander's motion to dismiss the plaintiffs' fourth amended complaint in Case No. 2:14-cv-2104. (Doc. 111, 2:14-cv-2104). Accordingly, the Court **DENIES** Santander's motion for judgment on the pleadings in this case. (Doc. 50).

**DONE** and **ORDERED** this March 30, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE